UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: Wylie Joe Jones, § Case No.: 05-48779
§
§
Debtor (s) § Chapter 13
§
§

FILED
MAY 18 2011
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF DIVIDEND UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor __debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant (s) | GE Capital Commercial, Inc. successor to Citicorp Vendor Finance Inc. |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (if claimant is an individual, skip to Question No. 3) | Duane D. Rice, Project Initiatives Leader |
| 3. | Current Mailing address | C/O APL, Inc., 3855 S. Boulevard, #200, Edmond, OK 73013 |
| 4. | Telephone Number | (405) 340-4900 |
| 5. | SS# (last 4 digits only) or EIN# | 14-0689340 |
| 6. | Amount Being Claimed | $13,749.18 |

I, Greg Griffith, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

American Property Locators, Inc.
Attorney In Fact

Date: May 13, 2011     By: _____     _____
                           Claimant Signature                Co-Claimant Signature

Subscribed and Sworn to Before Me this ___13___ day of May, 2011.

_____
Notary Public

In and for the State of OKLAHOMA
My commission expires April 27, 2015

[Notary Seal: KATRINA J. CUTTER, NOTARY PUBLIC, #03004752, EXP. 04/27/15, STATE OF OKLAHOMA]

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

    Office of the United States Attorney
    Attn: Unclaimed Funds
    1100 Commerce Street, 3rd Floor
    Dallas, TX 75242

Date: May 13, 2011

Claimant's Signature

# Limited Power of Attorney
## For Recovery of Funds

I, **Duane Rice**, do hereby appoint **Greg Griffith of American Property Locators, Inc. (APL)**, exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of **GE Capital Commercial, Inc. successor to Citicorp Vendor Finance Inc..** in the amount of **$13,749.18** held by any federal, provincial, state or other government entity, or any agency or subdivision thereof.

However, **American Property Locators, Inc.** may not incur any cost on my Behalf or to make an expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed to the attention of General Electric Co. % Duane Rice unless directed otherwise.

This letter of authorization shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by **American Property Locators, Inc.** prior to the time of such expiration.

Signed this 9 day of May, in the year 2011.

General Electric Company

_____ **Project Initiatives Leader, GE-CBSI, GBS**
By:(Name, Title)

State of      Florida

County of    Lee

Acknowledged by me on this 9 day of May, 2011

**Duane Rice, Project Initiatives Leader, /GE-CBSI, GSO**      to me well known to be the individual describer here in the foregoing instrument and acknowledged the execution thereof to be his free action deed.

Before me: _Lori Lamaritata_
Notary Public
(Notary Seal) My Commission expires: 7/2/2012

LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters



Mark J. Krakowiak
Vice President &
Chief Risk Officer - GE

GE
3135 Easton Turnpike
W2G
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

## Statement of Authority

The undersigned being duly sworn, states that Duane D Rice, Project Initiatives Leader, is authorized to execute claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

Mark J. Krakowiak
Vice President and Chief Risk Officer - General Electric Company
3135 Easton Turnpike - W2G
Fairfield, CT 06828
203-373-2088

Subscribed and sworn to me this 14 day of January, 2011.

Notary Signature _____

Printed Name  Andrew A. Lileika

My Commission Expires  1/31/11



 GE

**Duane D Rice**
Project Initiatives Leader

T +1 239 278 2653
F +1 239 278 2588
M +1 239 229 0981
Duane Rice@ge com
www ge com

4211 Metro Parkway
Ft Myers, FL 33916
US

SOSID: 0350141
Date Filed: 10/30/2008 9:34:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C200830300291

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER, WHICH MERGES:

"CITICORP VENDOR FINANCE, INC.", A DELAWARE CORPORATION,

WITH AND INTO "GE CAPITAL COMMERCIAL INC." UNDER THE NAME OF "GE CAPITAL COMMERCIAL INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED AND FILED IN THIS OFFICE THE FOURTH DAY OF AUGUST, A.D. 2008, AT 12:14 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION SHALL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 6919872
DATE: 10-20-08

2105570  8330
081049645
You may verify this certificate online at corp.delaware.gov/authver.shtml

# 2009 Profile for GE Capital Commercial Inc. (CS2437)

## Legal Information

### Entity Information | Last Updated: 08/19/2008

| | |
|---|---|
| Legal Entity Name: | GE Capital Commercial Inc. |
| Short Name: | N/A |
| Maintenance Owner: | Capital Finance - CLLAM-GE Cap Fin Inc (UTAH Bank) |
| GE/GECS/NBC: | GECS  Federal ID: 13-2640703 |

### Entity Types | Last Updated: Not Available

| | |
|---|---|
| Legal: | US Corporation |
| Local Tax: | US Corporation |

### Principal Address | Last Updated: 11/17/2008

6510 S Millrock Drive
City: Holladay  State: UT  Postal Code: 84121  Country: United States

### Incorporation Jurisdiction | Last Updated: Not Available

State: Delaware  Country: United States

### Dates | Last Updated: 08/20/2008

| | |
|---|---|
| Incorporated: | 12/23/1968 |
| Acquired: | 07/31/2008 |

If acquisition or incorporation dates are incorrect please log a support central case by clicking here.

### Maintenance Owner Contact

| | | | |
|---|---|---|---|
| Name: | Michael Meehan | Phone: | 1-801-733-3057  Dial Comm: 8* 609-3057 |
| Email: | 213011866@mail.ad.ge.com | | |

### Legal Contacts

| | | | |
|---|---|---|---|
| Name: | Michael Meehan | Phone: | 801-733-3057  Dial Comm: *609-3057 |

### Legal Entity Purpose | Last Updated: Not Available

Not Available

## Tax Information

### Codes | Last Updated: 08/19/2008

| | |
|---|---|
| GEIS: | N/A |
| NAICS: | 525990 - Other Financial Vehicles (including closed-end investment funds) |

### Other Attributes

There are no other attributes.

### Footnotes

There are no footnotes at this time.

### Reporting | Last Updated: 11/17/2008

| | | | |
|---|---|---|---|
| Tax Status: | Active | Tax Consolidation Group: | General Electric |
| Fiscal Year End (local): | 12/31/2009 | Functional Currency: | US Dollar |

### Return Preparation | Last Updated: Not Available

| | |
|---|---|
| US Tax Returns Prepared By: | Corporate (DCS, FIR, PCS) |
| Local Tax Returns Prepared By: | Corporate (DCS, PCS, SWP) |

### Tax Officer Resolution | Last Updated: 08/20/2008

Tax Officer Resolution: N/A

| MARS Registration | ⑦ Last Updated: | Not Available |
|---|---|---|

**MARS/CDR ID:** AUX
**MARS Indicator:** Yes

## US Tax Elections

US Tax Classifications

There are no US tax classifications.

Elections

Section 338

**Election Type:** Section 338
**Effective Date:** 07/31/2008
**Timing:** Upon Acquisition
**Last Updated:** Ramirez, Victor 08/20/2008

## Comments

**Note to User:** All comments are shown here and may not pertain to the year chosen.

Comments

20 August 2008 08:37
**Author:** Nobile, David
**Type:** General
**Title:** Acquisition Date
**Text:** Date changed to 07/31/2008 per SC Case 7573202

19 August 2008 17:19
**Author:** Ramirez, Victor
**Type:** General
**Title:** name change
**Text:** Citicorp Leasing, Inc. changed its name to GE Capital Commercial Inc. on August 4, 2008

## Ownership Information

Introducing LEVEL - the organizational charting tool linked to GOLDnet.
Give it a test drive today and make sure to let us know what you think.

| Unknown Stock Type And Class | Last Updated: 07/31/2008 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GOLD ID | Owner Name | MARS/CDR | Shares Owned | Options Owned | Start Date | End Date | Owned % | Eff. Own % | Notes | Action |
| 000478 | GE Capital Financial Inc | | 189 | | 07/31/2008 | | 100.000000 | 100.000000 | | None |
| | Totals: | | | | | | 100.000000 | 100.000000 | | |

# American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968  
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15  
(405) 340-4900 ext 15

May 13, 2011

VIA PRIORITY MAIL

U.S. Bankruptcy Court
NORTHERN DISTRICT OF TEXAS
1100 Commerce Street, Room 1254
Dallas, TX 75242
Attn: Mark Burdine

Re: Application to Withdraw Unclaimed Funds

Dear Mr. Burdine:

Enclosed is an Application to Withdraw Unclaimed Funds relating to the following matter:

| | |
|---|---|
| Case No: | 05-48779 |
| Debtor: | Wylie Joe Jones |
| Creditor/Claimant: | GE Capital Commercial, Inc. successor to Citicorp Vendor Finance Inc. |
| Amount: | $13,749.18 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG
Enclosures